IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEIL S. ALPER, | ) | 8:11CV254 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GALLUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Leave to Serve Notice of Rule 30(b)(6) Deposition by Remote Means. (Filing No. 63.) As with the previous discovery-related Motions, Plaintiff does not assert that the requested deposition impacts or otherwise affects the pending Motion for Summary Judgment or Response. As such, it is denied as moot. Further, pursuant to the parties' joint request, the court will stay all other discovery pending the resolution of Defendants' Motion for Summary Judgment. (Filing No. 67 at CM/ECF p. 2; Filing No. 69 at CM/ECF p. 2.)

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Serve Notice of Rule 30(b)(6) Deposition by Remote Means (filing no. 63) is denied.

2. All discovery, including any obligation to respond to outstanding discovery requests, is stayed pending the resolution of Defendant's Motion for Summary Judgment.

DATED this 30th day of March, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge